# UNITED STATES DISTRICT COURT
## District of Minnesota

Abdoulaye Sow,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood, and Joel L. Brott,

Respondents,

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-01590-LMP-DTS

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Abdoulaye S.'s Verified Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED;
2. The Government is ORDERED to release Abdoulaye S. from custody, without conditions and with all personal property taken in connection with his arrest and detention, by no later than 5:00 p.m. on Saturday, February 28, 2026;
3. The Government is ORDERED to file a status report certifying its compliance with this Order by no later than 5:00 p.m. on Monday, March 2, 2026; and
4. If the Government seeks to impose conditions of release on Abdoulaye S. or to retain Abdoulaye S.'s property, the Government's status report must include: (a) the conditions imposed or the property retained; and (b) the legal basis on which the conditions are imposed or the property is retained.

Date: 2/26/2026

KATE M. FOGARTY, CLERK